# IN THE SUPREME COURT OF THE STATE OF NEVADA

FRANK MANUEL HERNANDEZ, JR.,
Appellant,
vs.
PERRY RUSSELL, WARDEN; JAMES
DZURENDA, DIRECTOR; AND WARM
SPRINGS CORRECTIONAL CENTER,
Respondents.

No. 79868

**FILED**

JAN 2 3 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to proceed in forma pauperis and an order denying a request for submission. First Judicial District Court, Carson City; James E. Wilson, Judge.

Review of the notice of appeal and docketing statement reveals a jurisdictional defect. No statute or court rules authorizes an appeal from an order denying a motion to proceed in forma pauperis or an order denying a request for submission. Accordingly, this court lacks jurisdiction over this appeal, *see Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"), and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

20-03236

cc: Hon. James E. Wilson, District Judge
Frank Manuel Hernandez, Jr.
Attorney General/Carson City
Carson City Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A